IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

JOHNNY LYNN BAKER,

Petitioner,

v.

UNITED STATES OF AMERICA,

Respondent.

Criminal Action No. 3:07-CR-435
Civil Action No. 3:10-CV-762

**ORDER**

THIS MATTER is before the Court on Johnny Lynn Baker's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody. (Doc. No. 118.) For the reasons stated in the accompanying Memorandum Opinion, the Court DENIES the Motion in its entirety without an evidentiary hearing and issues a certificate of appealability.

Let the Clerk send a copy of this Order to all counsel of record.

It is SO ORDERED.

/s/
James R. Spencer
Chief United States District Judge

ENTERED this 29th day of August, 2011.